JOHN I. TILTON, Respondent, *v.* SUSAN M. VAIL et al.,
Impleaded, etc., Appellants.

(Argued October 16, 1888; decided October 26, 1888.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made January 3, 1887,
which reversed an order of Special Term, denying motion on
the part of plaintiff for an order of reference to take proof of
title, etc., and which granted said motion.

*Alexander Thain* for appellants.

*William C. Beecher* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

--------

THE PEOPLE ex rel. PETER B. DUNNIGAN, Appellant, *v.* THE
COMMISSIONER OF THE DEPARTMENT OF POLICE OF THE CITY
OF BROOKLYN, Respondent.

(Submitted October 16, 1888; decided October 26, 1888.)

APPEAL from order of the General Term of the Supreme
Court in the second judicial department, made February 14,
1888, which affirmed an order of Special Term denying a
motion to compel the respondent to file a return to a writ of
*certiorari* herein.

*Edward F. O'Dwyer* for appellant.

*Frank E. O'Reilly* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.